# EXHIBIT C

# THE ARBITRATION TRIBUNALS OF THE
# AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Re: 01-14-0001-6896

Violet Shuker Shasha Living Trust, Judith Jacobson, Adler Family Trust, Empire State Liquidity Fund Llc, Edelman Family Decedent's Trust, 2006 Gilbert M. Edelman Inter Vivo Trust, Robert A. Machleder, Melvyn H. Halper, Phyllis J. Halper, Wendy S. Tamis, Alan D. Gordon, and Mary Jane Fales ("Claimants"),

and

Peter L. Malkin, Anthohy E. Malkin, Thomas N. Keltner, Jr., And Malkin Holdings, LLC ("Respondents").

## SUBPOENA DUCES TECUM

From the People of the State of New York

TO:   **Christopher Gregory**, Duff & Phelps LLC, 55 East 52nd Street, Floor 31, New York, NY 10055

**GREETING:**

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear and attend before:

Charles F. Forer, Bennett Picker, and David C. Singer, arbitrators, at

The American Arbitration Association, 150 42nd Street, 17th Floor, New York, NY 10017,

on the 15th day of February 2017, at 9:30 o'clock a.m., to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, on the 15th day of February 2017, at 9:30 o'clock a.m., to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you the following documents:

- Documents relating to any of the qualifications and limiting conditions of the Duff & Phelps Fairness Opinion that was included in the Prospectus/Consent Solicitation statement ("S-4") for the Empire State Realty Trust.
- Communications between Duff & Phelps and any of the Respondents regarding the 50/50 JV approach.

- Any and all correspondence between Duff & Phelps and Malkin Holdings pertaining to the deletion from the fairness opinion of the phrase: "The independent valuer believes that basing such allocations on the value of net assets contributed is fair from a financial point of view."

Signed: _____
Arbitrator

Signed: _____
Arbitrator

Signed: _____
Arbitrator

Requested by: John W. Griggs, Esq.
Griggs & Adler, P.C.
12020 Sunrise Valley Drive, Suite 100
Reston, VA 20191-3429
(703) 716-2863
griggsandadler@comcast.net
*Counsel for Claimants*

Dated and sent to the Arbitrators for signature on:
January 24, 2017

2