# EXHIBIT D

AMERICAN ARBITRATION ASSOCIATION
-----------------------------------------------------------X
In the Matter of the Arbitration between:

VIOLET SHUKER SHASHA LIVING TRUST;
ET AL.,

                        Claimant(s),

  -against-

PETER L. MALKIN; ET AL.,

                        Respondent(s).
-----------------------------------------------------------X

Case No. 01-14-0001-6896

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          s.s :
COUNTY OF NEW YORK  )

    BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.
    That on the 2nd day of February, 2017, at approximately 11:14 a.m., deponent served a true copy of the **Subpoena Duces Tecum** upon Christopher Gregory c/o Duff & Phelps LLC at 55 East 52nd Street, New York, New York 10055 by personally delivering and leaving the same inside an envelope addressed to them with Remi "Doe", an employee of Duff & Phelps, LLC, and a person of suitable age and discretion at that address, the actual place of business of the witness. I was told by my co-worker that we would not be allowed up to serve process at this address. I went to the mailroom and asked for permission to deliver an envelope. The person in charge of the mailroom called the office of Duff & Phelps, LLC and said that there was someone in the mailroom with a delivery for an employee of Duff & Phelps, LLC. Rather than let me up and employee of Duff & Phelps, LLC came to the mailroom to take the envelope herself.
    Remi "Doe" is an olive-skinned Hispanic female, approximately 20-30 years of age, is approximately 5 feet and 0-4 inches tall, weighs approximately 100-130 pounds, has short brown hair medium-length black hair, dark eyes and was wearing glasses.

(1)

That on the 2nd day of February, 2017, deponent served another copy of the foregoing (together with a witness fee in the amount of $18.00) upon the witness by enclosing true copies thereof in securely sealed and postpaid wrappers with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that they were from an attorney or concerning a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Christopher Gregory**
**c/o Duff & Phelps LLC**
**55 East 52nd Street, 31st Floor**
**New York, New York 10055**

Sworn to before me this
7th day of February, 2017

BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
**STEVEN MITCHELL**
**Reg. No. 01-MI-6326046**
**Qualified in New York County**
**Commission expires June 08, 2019**

(2)

AMERICAN ARBITRATION ASSOCIATION
---------------------------------------------------------------X
In the Matter of the Arbitration between:

VIOLET SHUKER SHASHA LIVING TRUST;
ET AL.,

                            Claimant(s),

   -against-

PETER L. MALKIN; ET AL.,

Case No. 01-14-0001-6896

**AFFIDAVIT OF
ATTEMPTED SERVICE**

                         Respondent(s).
---------------------------------------------------------------X
STATE OF NEW YORK   )
                        s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC. at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 1st day of February, 2017, at approximately 2:34 p.m., deponent attempted to serve a true copy of the **Subpoena Duces Tecum** upon Christopher Gregory c/o Duff & Phelps LLC at 55 East 52nd Street, New York, New York 10055. I was not allowed upstairs. Security at the front desk called up to the offices of Duff & Phelps, LLC and informed him/her company that there was a process server in the lobby there to serve subpoenas upon Brian Ginsberg and Christopher Gregory. The security guard relayed to me that he was told by Duff & Phelps employee on the phone that the company does not accept service of legal papers at this address and that I "should know better" than to try doing so.

Sworn to before me this
7th day of February, 2017

CONNIE ASARO #1126351

NOTARY PUBLIC, STATE OF NEW YORK
STEVEN MITCHELL
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2019