# EXHIBIT E

## John Griggs

**From:** "John Griggs" <griggsandadler@comcast.net>
**Date:** Monday, February 13, 2017 6:31 PM
**To:** "Pullos, Michael S." <MPullos@winston.com>
**Cc:** "David Pegno" <dpegno@dpklaw.com>
**Subject:** Re: Shuker et al v. Malkin et al - Duff & Phelps Subpoena

Dear Mr. Pullos,

We are willing to extend the appearance and production date to accommodate your request.  Please let me know how much time you require.

Cordially,

John

John Wyeth Griggs
GRIGGS & ADLER, P.C.
Attorneys at Law
12020 Sunrise Valley Drive, Suite 100
Reston, Virginia 20191-3429
Direct Dial: (703) 716-2863; Cell (703)786-8393
Fax: (703) 716-2865
E-Mail: griggsandadler@comcast.net

This message and any attachments are confidential and are intended only for the recipient(s) named above. If you are not a named recipient or an employee or agent of a named recipient, please understand that any use, distribution or copying of this message is strictly prohibited. If you received this transmission in error, please notify me immediately by email or telephone and delete the message from your email system. Thank you.

**From:** Pullos, Michael S.
**Sent:** Monday, February 13, 2017 11:35 AM
**To:** griggsandadler@comcast.net
**Cc:** David Pegno
**Subject:** Shuker et al v. Malkin et al - Duff & Phelps Subpoena

John,

We represent Duff & Phelps along with Messrs. Gregory and Ginsberg in connection with the attached subpoenas issued by your firm in the above-referenced matter.  The subpoenas seek testimony and documents from Duff & Phelps on February 15, 2017 in New York.  Duff & Phelps objects that this date fails to allow a non-party reasonable time to comply, and neither Mr. Gregory nor Mr. Ginsberg are available to attend any hearing set for February 15.

Duff & Phelps is reviewing the document requests and I will be in contact with you to discuss further.

Thanks,

Michael

**Michael S. Pullos**

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
D: +1 (312) 558-6468
F: +1 (312) 558-5700
Bio | VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.