# EXHIBIT L

# THE ARBITRATION TRIBUNALS OF THE
# AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Re: 01-14-0001-6896

Violet Shuker Shasha Living Trust, Judith Jacobson, Adler Family Trust, Empire State Liquidity Fund Llc, Edelman Family Decedent's Trust, 2006 Gilbert M. Edelman Inter Vivo Trust, Robert A. Machleder, Melvyn H. Halper, Phyllis J. Halper, Wendy S. Tamis, Alan D. Gordon, and Mary Jane Fales ("Claimants"),

and

Peter L. Malkin, Anthohy E. Malkin, Thomas N. Keltner, Jr., And Malkin Holdings, LLC ("Respondents").

## SUBPOENA DUCES TECUM

From the People of the State of New York

TO:   **Martin B. Cowan**, 70 Lovell Road, New Rochelle, NY 10804

   **GREETING:**

   WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear and attend before:

   Charles F. Forer, Bennett Picker, and David C. Singer, arbitrators, at

The American Arbitration Association, 150 42nd Street, 17th Floor, New York, NY 10017,

on the 5th day of April, 2017, at 9:30 o'clock a.m., to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you the following documents:

- The final agreement ("Agreement") and any drafts of the Agreement dated December 18, 2012, between Malkin Holdings LLC and Martin B. Cowan concerning activities during the solicitation period for the Empire State Realty Trust.
- Any letters, emails, or other documents reflecting communications between Malkin Holdings LLC, its principals or attorneys, and Martin B. Cowan regarding the Agreement.

K

- Any letters received from Malkin Holdings LLC, its principals or attorneys regarding actions taken or statements made by Martin B. Cowan concerning the consolidation and IPO process for the Empire State Realty Trust.
- Any and all analyses, communications, assessments, or studies relating to the consolidation and IPO for the Empire State Realty Trust performed by Mr. Cowan before or after the date of the Agreement.
- Any communications received from Malkin Holdings, its principals, its attorneys, or other representatives after December 22, 2016

In accordance with Rule 35(b) of the American Arbitration Association Commercial Rules, Claimants shall reimburse you for all reasonable costs associated with your April 5, 2017 examination.

Signed: _____
Arbitrator

Signed: _____
Arbitrator

Signed: _____
Arbitrator

Requested by: John W. Griggs, Esq.
Griggs & Adler, P.C.
12020 Sunrise Valley Drive, Suite 100
Reston, VA 20191-3429
(703) 716-2863
griggsandadler@comcast.net
*Counsel for Claimants*

Dated and sent to the Arbitrators for signature on:
January 24, 2017

2