```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EMIL SASHA, et al.,

                Plaintiffs,

     - against -

PETER L. MALKIN, et al.,

                Defendants.
---------------------------------------------------------------X

14 Civ. 09989 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This case was stayed on March 12, 2015, pending the outcome of arbitration. (Dkt. 24.) The parties have informed the Court that the arbitration has been completed and the Arbitrators have issued their Final Award. (Dkt. 162.) Accordingly, the parties shall meet and confer and by **September 16, 2020**, shall file a letter with the Court proposing next steps.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  September 2, 2020
           New York, New York

Copies transmitted to all counsel of record.