# GRIGGS & ADLER, P.C.

ATTORNEYS AT LAW
2513 FOWLERS LANE
RESTON, VIRGINIA   20191-2101
(703) 716-2863  FAX (703) 716-2865
E-Mail:griggsandadler@comcast.net

DEBRA BETH ADLER +
JOHN WYETH GRIGGS*

+ Admitted DC, VA

* Admitted AK, DC, FL, VA

September 14, 2020

VIA ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2020
```

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Emil Shasha, Trustee, et al., v. Peter L. Malkin, et al.,* No. 14-CV-9989 (AT) (RWL)

Dear Judge Lehrburger:

Pursuant to Rule I.F., RWL Individual Practice Rules, Plaintiffs represented by the undersigned counsel respectfully request an extension of thirty (30) days within which to respond to the Court's Order dated September 2, 2020 (Dkt. 163).  The original due date for responding is September 16, 2020, and there have been no previous requests for adjournment or extension.  As instructed by the Court, the undersigned has conferred with counsel for Defendants and was advised that counsel for Defendants take no position regarding this request.  The undersigned counsel has informed all of his clients about the results of the arbitration, but has been unable to complete consultations concerning next steps and will be unable to do so prior to mid-October.  At least one client is unavailable until mid-October, and others need more time to assess the options.

Respectfully submitted,

*/s/ John W. Griggs*

John W. Griggs
*Pro Hac Vice Counsel for Plaintiffs Trustees of the Violet Shuker Shasha Trust, Trustees of the Adler Family Trust, Trustee of the Gilbert M. Edelman Trust, the Empire State Liquidity Fund, LLC, Melvyn H. Halper, Phyllis J. Halper, Wendy S. Tamis, Mary Jane Fales, and Judith Jacobson*

SO ORDERED:
9/14/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc: Parties of record