```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMIL SHASHA, et al.,

                  Plaintiffs,

        - against -

PETER L. MALKIN, et al.,

                  Defendants.
------------------------------------------------------------X

14-CV-9989 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has reviewed the parties' submissions concerning Plaintiffs' request to lift the stay and file an amended complaint following a final arbitration award issued after five years of private litigation between the parties.  (Dkts. 170-172.)  The Court requires further information.  Accordingly,

      1.     By **January 14, 2021**, Plaintiffs shall file a letter (a) attaching as an exhibit a copy of the proposed amended complaint, (b) attaching as another exhibit a copy of the final arbitration decision and award, (c) identifying specifically which claims the arbitrators determined they could not or would not consider in the arbitration by way of amendment or otherwise, and (d) attaching the arbitrators' rulings in that regard.  Plaintiffs may file the arbitration-related attachments under seal, but shall provide by email a fully unredacted copy of the filing to this Court at its Chambers email address.

      2.     By **January 21, 2021**, Defendants shall file a letter of no more than five pages explaining why Plaintiffs are precluded from asserting in an amended complaint in this proceeding any claims that the arbitrators determined they could not or would not consider in the arbitration.

1

3.  By **January 28, 2021**, Plaintiffs shall file a responding letter of no more than five pages.

4.  By **February 4, 2021**, Defendants may file a reply of no more than three pages.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 30, 2020
       New York, New York

Copies transmitted this date to all counsel of record.