```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EMIL SHASHA, TRUSTEE FOR THE
VIOLET SHUKER SHASHA LIVING TRUST, et al.,

                                                    Plaintiffs,

              - against -

PETER L. MALKIN, et al.,

                                                  Defendants.
-------------------------------------------------------------X

14-cv-9989 (AT) (RWL)

**ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE PARTY PURSUANT TO FRCP 25(a)(1)**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court, having considered Plaintiffs' Notice of Motion to Substitute Pursuant to Rule 25(a) and the Declaration of Debra B. Adler in Support of Plaintiffs' Motion; and there being no opposition to the instant motion; the Court hereby **ORDERS** as follows:

      The Motion to Substitute Debra B. Adler for Shirley Adler, Trustee of the Adler Family Trust, as party plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), is hereby GRANTED.

      Plaintiffs' request to conform the style of the case for the substituted successor trustee is also GRANTED.

      The Clerk of Court is directed to substitute Debra B. Adler for Shirley Adler, Trustee of the Adler Family Trust, as party plaintiff, and to terminate the motion at Dkt. 184.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2024
      New York, New York

Copies transmitted this date to all counsel of record.